# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Bodum USA, Inc. v. Starbucks Corporation

Case Number: 1:23-cv-02946

An appearance is hereby filed by the undersigned as attorney for:
Starbucks Corporation

Attorney name (type or print): Brian J. Smith

Firm: K&L Gates LLP

Street address: 70 W. Madison St., Suite 3300

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6321543
(See item 3 in instructions)

Telephone Number: 312.807.4202

Email Address: brian.j.smith@klgates.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.
- ✓ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 30, 2023

Attorney signature: S/ Brian J. Smith
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015