IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BODUM USA, INC. and<br>PI DESIGN AG,<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant. | No. 1:23-cv-02946 |

**JOINT MOTION TO EXTEND CLOSE OF DISCOVERY AND SUBSEQUENT DEADLINES**

Plaintiff BODUM USA, INC. ("Bodum") and PI DESIGN AG ("PI") (together, the "Plaintiffs") and Defendant STARBUCKS CORPORATION ("Starbucks") (collectively, the "Parties"), by and through their respective attorneys, respectfully move this Court for an order extending the close of fact discovery, along with all subsequent deadlines in this matter. In support of this motion, the Parties state as follows:

1. Plaintiffs filed their complaint against Starbucks on May 10, 2023.

2. Starbucks was served a summons with the complaint on May 12, 2023.

3. On February 9, 2024, Plaintiffs' former counsel, Vedder Price P.C., filed its motion to withdraw as counsel for Plaintiffs.

4. On February 9, 2024. James E. Griffith and Ashley Pendleton of Ziliak Law, LLC, filed their appearances as counsel of record for Plaintiffs.

5. On February 12, 2024, the Court entered its order granting Plaintiffs substitution of counsel.

1

6. On February 21, 2024, Nicole Wing, General Counsel for Plaintiffs, filed her appearance for Plaintiffs.

7. On March 11, 2024, counsel for the Parties met and conferred regarding discovery deadlines and agreed to jointly move for a five-month extension of the current case deadlines for at least the following reasons.

8. The recent substitution of counsel for Plaintiffs has required Plaintiffs' new counsel to spend time reviewing the case file and to get up to speed on the status of the case.

9. Additionally, Ms. Wing, Plaintiffs' General Counsel who is responsible for directing the litigation, only recently assumed her current position, on January 26, 2024. Consequently, the entire team conducting the litigation on behalf of Plaintiffs is new to the case.

10. The change of counsel has also caused the Parties to renew settlement discussions. The recent discussions among counsel for the Parties have encompassed not only discovery matters, but also substantive settlement discussions. The Parties believe that the additional time requested in the instant motion will also enable them to fully explore the possibility of a resolution to the pending dispute.

11. Finally, the discovery in the present case is quite extensive. While the issues and the claims are not especially complicated, the responsive documents span a period of more than 15 years, are in the possession, custody, or control of numerous custodians (several of whom are no longer employees of any Party), and, as a result, the number of documents that will be subject to review could be significant. Additional time is also needed to schedule and take depositions of the anticipated number of witnesses, residing both domestically and internationally, in this case.

12. The Parties propose the following revised case schedule:

- Fact discovery is to be completed on or before September 16, 2024;

- Affirmative expert reports, if any, are to be exchanged by October 15, 2024;

- Expert depositions, if any, shall be concluded no later than November 28, 2024; and,

- Dispositive motions, if any, shall be filed by January 14, 2025.

13. The proposed revised case schedule does not interfere with any other case deadlines, and this request is made in good faith and not for the purpose of delay or any other improper purpose. WHEREFORE, for the reasons stated herein, the Parties jointly request that this Court grant their joint motion to extend both the deadline for close of fact discovery and the subsequent case deadlines recited herein.

Dated: March 15, 2024                    Respectfully Submitted,

*/s/ James E. Griffith*
One of Plaintiffs' Attorneys

Ashley Pendleton (6328690)
James E. Griffith (6269854)
Ziliak Law LLC
141 W. Jackson Blvd., Ste 4048
Chicago, IL 60604
Tel: 312.462.3350
apendleton@ziliak.com
jgriffith@ziliak.com
docket@ziliak.com

Nicole Wing
BODUM USA, Inc.
General Counsel
45 E. 20th Street
8th Floor
New York, NY 10003
Tel: 212.367.8844
nicole.wing@bodum.com

**CERTIFICATE OF SERVICE**

 The undersigned certifies that on March 15, 2024, a true and correct copy of the foregoing was served upon the following respondents via ECF:

Kari L. Vander Stoep
Brian J. Smith
Pallavi Mehta Wahi
Ashley E.M. Gammell
K&L Gates LLP
925 Fourth Avenue
Suite 900
Seattle, WA 98104
Tel: 206.370.7804
Kari.vanderstoep@klgates.com
Brian.j.smith@klgates.com
Pallavi.wahi@klgates.com
Ashley.gammel@klgates.com

             */s/ James E. Griffith*
             Attorney for Plaintiffs