IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHN DISTRICT OF ILLINOIS

| | |
|---|---|
| BODUM USA, INC. and PI-DESIGN AG, | ) ) ) |
| Plaintiffs, | ) Case No. 1:23-cv-02946 |
| v. | ) ) Hon. Andrea R., Wood |
| STARBUCKS CORPORATION, | ) ) ) |
| Defendant. | ) |

**MOTION TO WITHDRAW ATTORNEY APPEARANCE**

Pursuant to Local Rule 83.17, Attorney Brian J. Smith, counsel for Defendant Starbucks Corporation, moves to withdraw the appearance of Ketajh M. Brown from this matter, stating as follows:

1. Starbucks Corporation is represented by K&L Gates LLP in the above-captioned matter.

2. Ketajh M. Brown has left the employ of K&L Gates LLP, no longer represents Starbucks Corporation, and should be removed from the Court's service list with respect to the above-captioned action.

3. K&L Gates LLP and its undersigned attorneys (including Brian J. Smith) will continue to represent Starbucks Corporation. Counsel's withdrawal will not prejudice Starbucks Corporation.

WHEREFORE, Attorney Brian J. Smith requests that the Court grant this Motion to Withdraw Appearance of Ketajh M. Brown for Defendant Starbucks Corporation in this case.

Dated:  May 22, 2024

Respectfully submitted,

STARBUCKS **CORPORATION**

By: *Brian J. Smith*
    By Their Attorneys

Brian J. Smith
ARDC No. 6321543
**K&L GATES LLP**
70 West Madison Street
Suite 3300
Chicago, Illinois  60602
Telephone:  (312) 807-4202
brian.j.smith@klgates.com

Pallavi Mehta Wahi (*pro hac vice*)
Karie L. Vander Stoep (*pro hac vice*)
Ashley E. M. Gammell (*pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue
Suite 2900
Seattle, Washington  98104
Telephone:  (206) 623-7580
pallavi.wahi@klgates.com
kari.vanderstoep@klgates.com
ashley.gammell@klgates.com

*Counsel for Defendant Starbucks Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2024, I caused a true and correct copy of the forgoing Motion to Withdraw Attorney Appearance of Ketajh M. Brown to be served upon all counsel of record via the Court's ECF system.

By: *Brian J. Smith*
Brian J. Smith