# Exhibit C

| | |
|---|---|
| **From:** | Schuman, Erica |
| **To:** | Tzall, Madeline V.; Gammell, Ashley E.M. |
| **Cc:** | Rigg, Robert S.; Santiago, Lissette; Smith, Brian J.; Brown, Ketajh M.; Vander Stoep, Kari L.; Wahi, Pallavi Mehta |
| **Subject:** | RE: [EXT] Bodum v. Starbucks - Discovery Deficiency Correspondence [KLG-USW_Active01.FID1518974] [VED-VP.FID4928735] |
| **Date:** | Friday, November 17, 2023 3:17:20 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

Ashley,

Thank you for getting back to us on these points. In response,

1. We acknowledge the supplemental disclosure of Lisa Harpster for Interrogatory No. 1. As for Howard Schultz and Kelly Bengston, we disagree with Starbucks' contention that they do not have knowledge of the claims and defenses at issue in this matter. Kelly Bengston is named in the complaint and Starbucks has requested documents and information concerning meetings and communications with her. Bodum also contends that Howard Schultz was involved in those meetings. Furthermore, Bodum finds it improper to limit the scope of discovery only to the negotiation of the 2008 agreement and the Espro breach and notes that neither side has argued that limitation is appropriate for any other discovery request. The parties have both requested discovery and made arguments involving the interpretation of the 2008 Agreement after its execution, including for other coffee press products produced and sold from 2008 to the present. Bodum reserves the right to depose both Howard Schultz and Kelly Bengston in connection with these topics.
2. We also acknowledge the parties' agreement to consider a list of Bodum French press products as proposed by Bodum in potentially narrowing the scope of interrogatory No. 2 and RFP No. 7. We are working on compiling that list, but at this time we know that there were over 100 unique French press products provided to Starbucks since 2008. Narrowing may be difficult so we will likely have to work together to identify the most relevant products from that list.

We are happy to address any further comments on these points at Tuesday's meet and confer.

Best,

**Erica Schuman,** Associate

**Vedder**Price

T +1 312 609 7678
222 North LaSalle Street, Chicago, Illinois 60601
web | email | offices

**From:** Tzall, Madeline V. <mtzall@vedderprice.com>
**Sent:** Wednesday, November 15, 2023 10:00 AM
**To:** Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>
**Cc:** Rigg, Robert S. <rrigg@vedderprice.com>; Santiago, Lissette <lsantiago@vedderprice.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>; Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>; Schuman, Erica <eschuman@vedderprice.com>
**Subject:** RE: [EXT] Bodum v. Starbucks - Discovery Deficiency Correspondence [KLG-USW_Active01.FID1518974] [VED-VP.FID4928735]

Ashley,

Thank you for the message below. We will respond to the substance of your points in a separate email.

As for a continuation of our meet and confer, I am not available on Thursday or Friday this week due to various conflicts. I am available for a call on Monday 11/20 or Tuesday 11/21. Please let me know if either of those dates work for you.

Thanks,
Madeline

**Madeline V. Tzall,** Associate

# VedderPrice

222 North LaSalle Street, Chicago, Illinois 60601
T +1 312 609 7880

web | email | offices | biography

**From:** Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>
**Sent:** Tuesday, November 14, 2023 7:21 PM
**To:** Tzall, Madeline V. <mtzall@vedderprice.com>
**Cc:** Rigg, Robert S. <rrigg@vedderprice.com>; Santiago, Lissette <lsantiago@vedderprice.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>; Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>; Schuman, Erica <eschuman@vedderprice.com>
**Subject:** RE: [EXT] Bodum v. Starbucks - Discovery Deficiency Correspondence [VED-VP.FID4928735] [KLG-USW_Active01.FID1518974]

Madeline,

Starbucks has considered your requested amendments to Starbucks interrogatory responses and RFP objections.

Starbucks agrees to include Lisa Harpster in its response to Interrogatory No. 1 and will

amend the response accordingly. Starbucks disagrees that Howard Shultz or Kelly Bengston must be disclosed because neither were directly involved in the negotiation of the 2008 Settlement Agreement or Starbucks sale of the Espro Press, and therefore they do not have information relevant to any party's claim or defense in this litigation pursuant to Rule 26(b)(1). Likewise, Starbucks will oppose any attempt to take the deposition of Mr. Shultz or Ms. Bengston on these grounds and under the Apex Doctrine.

==Starbucks also provisionally agrees to your proposal with respect to Interrogatory No. 2 and RFP Nos. 7 and 8. Starbucks agrees that narrowing the scope of these discovery requests to a list of specific Bodum French press products to be provided by Bodum could be a reasonable resolution to our dispute over the scope of these requests; however, Starbucks will need to review the list before it can firmly commit.==

It would also be helpful if the list Bodum provides includes the product names, SKU(s) or other identifying information, and which Starbucks partner or partners Bodum has record of working or communicating with concerning each product to ensure clarity and alignment on the products listed. This will also further aid Starbucks in assessing your proposal and finalizing its list of proposed custodians and search terms so that we can share the same with Bodum.

Please also advise when you are available to continue our meet and confer discussion regarding the deficiencies Starbucks identified in Bodum's discovery responses. We are available Thursday, November 16 at 9am PST or between 11:30am PST and 2pm PST; or Friday, November 17 any time after 11am PST.

Best,
Ashley



**Ashley Gammell** (she/her)
Attorney
K&L Gates LLP
206.370.8095
Ashley.Gammell@klgates.com

---

**From:** Gammell, Ashley E.M.
**Sent:** Tuesday, November 07, 2023 1:59 PM
**To:** 'Tzall, Madeline V.' <mtzall@vedderprice.com>; Schuman, Erica <eschuman@vedderprice.com>
**Cc:** Rigg, Robert S. <rrigg@vedderprice.com>; Santiago, Lissette <lsantiago@vedderprice.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>; Vander Stoep, Kari L. <Kari.Vanderstoep@klgates.com>; Wahi, Pallavi Mehta <Pallavi.Wahi@klgates.com>
**Subject:** RE: [EXT] Bodum v. Starbucks - Discovery Deficiency Correspondence [VED-VP.FID4928735] [KLG-USW_Active01.FID1518974]

3

Madeline,

Starbucks agrees to the appellate court language Bodum proposes and to strike the sanction language at Paragraph 21 so that we can finalize and get the protective order on file.

With respect to search terms and custodians, Starbucks needs a bit more time to finalize its proposal and will not be able to exchange the same on November 8, as you proposed during our meet and confer. We will follow up later this week with a date by which that proposal will be ready.

Best,
Ashley



**Ashley Gammell** (she/her)
Attorney
K&L Gates LLP
206.370.8095
Ashley.Gammell@klgates.com

**From:** Tzall, Madeline V. <mtzall@vedderprice.com>
**Sent:** Friday, November 03, 2023 12:37 PM
**To:** Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>; Schuman, Erica <eschuman@vedderprice.com>
**Cc:** Rigg, Robert S. <rrigg@vedderprice.com>; Santiago, Lissette <lsantiago@vedderprice.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>; Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>
**Subject:** RE: [EXT] Bodum v. Starbucks - Discovery Deficiency Correspondence [KLG-USW_Active01.FID1518974] [VED-VP.FID4928735]

Ashley,

Thanks.

With regard to the two outstanding items on the confidentiality order … as for the appellate court language, we'd like to insert the words "upon any appeal of this matter" to make clear that there would need to be a pending appellate level case before the appellate court could review confidential materials. If you can agree to that addition, and remove the sanctions language as discussed, I think we can finalize the confidentiality order and get it filed early next week.

Thanks,
Madeline

**Madeline V. Tzall,** Associate

# VedderPrice

222 North LaSalle Street, Chicago, Illinois 60601
T +1 312 609 7880

web | email | offices | biography

---

**From:** Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>
**Sent:** Friday, November 3, 2023 2:20 PM
**To:** Schuman, Erica <eschuman@vedderprice.com>; Tzall, Madeline V. <mtzall@vedderprice.com>
**Cc:** Rigg, Robert S. <rrigg@vedderprice.com>; Santiago, Lissette <lsantiago@vedderprice.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>; Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>
**Subject:** RE: [EXT] Bodum v. Starbucks - Discovery Deficiency Correspondence [VED-VP.FID4928735] [KLG-USW_Active01.FID1518974]

Thank you, Erica. This mostly aligns with my notes from our call. The one missing item is that Bodum will provide an update on the offer of settlement proposed by Starbucks.

We will consult Starbucks on the remaining items consistent with your email below and follow up as soon as possible.

Best,
Ashley



**Ashley Gammell** (she/her)
Attorney
K&L Gates LLP
206.370.8095
Ashley.Gammell@klgates.com

**From:** Schuman, Erica <eschuman@vedderprice.com>
**Sent:** Friday, November 03, 2023 12:11 PM
**To:** Tzall, Madeline V. <mtzall@vedderprice.com>; Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>
**Cc:** Rigg, Robert S. <rrigg@vedderprice.com>; Santiago, Lissette <lsantiago@vedderprice.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>; Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>
**Subject:** RE: [EXT] Bodum v. Starbucks - Discovery Deficiency Correspondence [KLG-USW_Active01.FID1518974] [VED-VP.FID4928735]

5

Ashley,

Thank you for the productive meeting. Following up with a summary of our call and action items moving forward:

- Confidentiality Stipulation and Protective Order: Most items have been resolved, two remain open for client feedback. **Starbucks will consider removal of the sanctions provision on pg. 17 and Bodum will consider the addition of the provision authorizing disclosure to the appellate court and its personnel on pg. 5**. Then, the parties will get the order entered so initial productions can be made.
- ESI Order: The parties agreed that there will not be an ESI Order. Rather, **counsel will negotiate all ESI items like custodians, search terms, and time periods in writing**.
- Interrogatory Agreements:
    - Interrogatory Supplementation: The parties decided that they will come to an agreement on a deadline for supplementation of interrogatory responses, but **counsel will confer with their clients on an appropriate date**.
    - Disclosure of Howard Schultz: Whether as a third party witness or a party witness, Bodum will likely be interested in speaking to Howard Schultz as a witness. **Vedder will confirm this with Bodum and K&L Gates will advise Starbucks**.
    - Interrogatory No. 2– Identification of Individuals with Knowledge: At this time, Bodum is most concerned with identification of Starbucks individuals who have knowledge of the requested topics in the context of French press products. Bodum will table requests as to other Bodum products at this time. **K&L Gates will take this back to Starbucks but noted the narrowed scope sounds feasible**.
- RFPs:
    - Custodians and search terms: Each party is in the best position to determine which custodians apply to each RFP. Counsel will provide (1) a list of custodians responsive to each RFP; and (2) proposed search terms by **November 8, 2023 – subject to confirmation from K&L Gates.** Thereafter, the parties may recommend revisions and work through any disputes over the phone.
    - RFP Nos. 7 and 8: **Bodum will provide a list of products as a starting point** and will table requests concerning other products at this time. **K&L Gates will propose this offer to Starbucks but noted that it sounded reasonable.**
- Gammell Letter to Rigg Concerning Bodum's Responses to Starbucks's First Set of Written Discovery
    - **The parties will schedule another call to fully discuss these items**

**Erica Schuman,** Associate

VedderPrice

T +1 312 609 7678
222 North LaSalle Street, Chicago, Illinois 60601
web | email | offices

6

**From:** Tzall, Madeline V. <mtzall@vedderprice.com>
**Sent:** Wednesday, November 1, 2023 5:09 PM
**To:** Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>
**Cc:** Rigg, Robert S. <rrigg@vedderprice.com>; Schuman, Erica <eschuman@vedderprice.com>; Santiago, Lissette <lsantiago@vedderprice.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>; Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>
**Subject:** RE: [EXT] Bodum v. Starbucks - Discovery Deficiency Correspondence [KLG-USW_Active01.FID1518974] [VED-VP.FID4928735]

Ashley,

Thank you. I've just sent a Teams invite for Friday at 10:30 a.m. PT.

As for the confidentiality order, we're reviewing and will be prepared to discuss the last few outstanding items. Thanks for the reminder re getting the redline ready for purposes of submission to the court. I am hopeful we can address these last few points and get the confidentiality order in place so our respective rolling productions can commence.

Looking forward to speaking with you.

Kind regards,
Madeline

**Madeline V. Tzall,** Associate

# VedderPrice

222 North LaSalle Street, Chicago, Illinois 60601
T +1 312 609 7880

web | email | offices | biography

---

**From:** Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>
**Sent:** Wednesday, November 1, 2023 3:37 PM
**To:** Tzall, Madeline V. <mtzall@vedderprice.com>
**Cc:** Rigg, Robert S. <rrigg@vedderprice.com>; Schuman, Erica <eschuman@vedderprice.com>; Santiago, Lissette <lsantiago@vedderprice.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>; Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>
**Subject:** [EXT] RE: Bodum v. Starbucks - Discovery Deficiency Correspondence [VED-VP.FID4928735] [KLG-USW_Active01.FID1518974]

Madeline,

Attached please find correspondence on behalf of Starbucks concerning Bodum's discovery responses.

Also attached are Starbucks responses to the redlines proposed by Bodum to the draft confidentiality order. We note that once the parties are in agreement, we must submit a version to the court that includes both parties' redlines to the model order.

Finally, Starbucks agrees that a meet and confer is appropriate to discuss both parties' discovery correspondence and Bodum's proposal to forgo a formal ESI order for this case.

We are available Friday November 3 from 10:30am to 12pm PT or Monday November 6 from 8am-9am or 1pm PT.

Please let me know if any of those times work for you.

Best,
Ashley



**Ashley Gammell** (she/her)
Attorney
K&L Gates LLP
206.370.8095
Ashley.Gammell@klgates.com

**From:** Tzall, Madeline V. <mtzall@vedderprice.com>
**Sent:** Wednesday, November 01, 2023 11:30 AM
**To:** Smith, Brian J. <Brian.J.Smith@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>; Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>; Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>
**Cc:** Rigg, Robert S. <rrigg@vedderprice.com>; Schuman, Erica <eschuman@vedderprice.com>; Santiago, Lissette <lsantiago@vedderprice.com>
**Subject:** RE: Bodum v. Starbucks - Discovery Deficiency Correspondence [VED-VP.FID4928735]


Counsel,

Circling back on this as well. Can we please schedule a meet and confer this week or Monday 11/6?

Thanks,
Madeline

**Madeline V. Tzall,** Associate

**Vedder**Price

222 North LaSalle Street, Chicago, Illinois 60601
T +1 312 609 7880

8

web | email | offices | biography

---

**From:** Tzall, Madeline V.
**Sent:** Monday, October 23, 2023 1:48 PM
**To:** Smith, Brian J. <Brian.J.Smith@klgates.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>; Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>; Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>
**Cc:** Rigg, Robert S. <rrigg@vedderprice.com>; Schuman, Erica <eschuman@vedderprice.com>; Santiago, Lissette <lsantiago@vedderprice.com>
**Subject:** Bodum v. Starbucks - Discovery Deficiency Correspondence [VED-VP.FID4928735]

Counsel-

Please see the attached correspondence. Please advise when you are available for a meet and confer in the next week.

Kind regards,
Madeline

**Madeline V. Tzall,** Associate

# VedderPrice

222 North LaSalle Street, Chicago, Illinois 60601
T +1 312 609 7880
web | email | offices | biography

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Ashley.Gammell@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Ashley.Gammell@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that

any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Ashley.Gammell@klgates.com.