# Exhibit E

# Neufeld, Courtney A.

| | |
|---|---|
| **From:** | Nicole Wing <nicole.wing@bodum.com> |
| **Sent:** | Friday, February 9, 2024 11:52 AM |
| **To:** | Vander Stoep, Kari L.; James Griffith |
| **Cc:** | Ashley Pendleton; Gammell, Ashley E.M.; Wahi, Pallavi Mehta |
| **Subject:** | Bodum v. Starbucks: product list |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**This Message Is From an External Sender**
This message came from outside your organization.

Dear Kari et al,

Below is the list of products that we believe are applicable to the case:

1. Design Press
2. Barista Thermo Press
3. Travel Press
4. Deco Press
5. Bean Press and Bean Press Set
6. Chambord Press
7. Vintage Press
8. Heritage Press
9. Java Press
10. Crema Press
11. Bistro Press
12. Kenya Press
13. Eileen Press
14. Tribute Press
15. Columbia Press
16. Caffettiera Press
17. Jesper Press


Best regards
Nicole Wing

**BODUM USA, Inc.**
General Counsel
45 E. 20th Street
8th Floor
New York, NY 10003
Direct:
Tel: 212.367.8844
Mob.: 646.416.4520
nicole.wing@bodum.com
www.bodum.com

1



Click here, to see the Bodum catalog

2