# Exhibit G

## Neufeld, Courtney A.

| | |
|---|---|
| **From:** | Nicole Wing <nicole.wing@bodum.com> |
| **Sent:** | Tuesday, March 12, 2024 1:14 PM |
| **To:** | Gammell, Ashley E.M.; Ashley Pendleton; James Griffith |
| **Cc:** | Smith, Brian J.; Wahi, Pallavi Mehta; Vander Stoep, Kari L. |
| **Subject:** | RE: Bodum v. Starbucks - meet and confer regarding upcoming status report |

**This Message Is From an External Sender**
This message came from outside your organization.

Thanks, Ashley.

Below is a list of Starbucks employees that we believe had the most substantive involvement with Bodum sourcing over the years. This list is non-exhaustive and should be used only as an aid in finding responsive documents; we do not intend it as a comprehensive custodian list.

Kathleen Albrecht
Kelly Bengston
Natalie Berger
Alice Chi
Julie Felss
Phuong Hales
Lisa Harpster
Anthony Hesseltine
Mariela LaPosta
Cynthia Liu
Sharon Meehan
Betsy Murray
Hohan Nguyen
Christine Ohman
Laura Petschl
Erin Reed
Nicole Scoccolo
Amy Skewis
Reed Slinger


Best regards
Nicole Wing

**BODUM USA, Inc.**
General Counsel
45 E. 20th Street
8th Floor
New York, NY 10003
Direct:

1

Tel: 212.367.8844
Mob.: 646.416.4520
nicole.wing@bodum.com
www.bodum.com



Click here, to see the Bodum catalog

---

**From:** Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>
**Sent:** Tuesday, March 12, 2024 2:02 PM
**To:** Ashley Pendleton <apendleton@ziliak.com>; James Griffith <jgriffith@ziliak.com>
**Cc:** Nicole Wing <nicole.wing@bodum.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>; Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>
**Subject:** RE: Bodum v. Starbucks - meet and confer regarding upcoming status report

> You don't often get email from ashley.gammell@klgates.com. Learn why this is important

James and Ashley,

Per our discussion yesterday, we are providing copies of the minute orders providing the case deadlines for this matter along with the agreed upon extension dates:

| Deadlines | Current | 5-Month Extension |
|---|---|---|
| Fact Discovery completed | 4/15/2024 | 9/16/2024 |
| Expert disclosures served | 5/15/2024 | 10/15/2024 |
| Experts deposed by | 6/28/2024 | 11/28/2024 |
| Dispositive motions filed by | 8/14/2024 | 1/14/2025 |

Best,
Ashley


**Ashley Gammell** (she/her)
Partner
K&L Gates LLP
206.370.8095
Ashley.Gammell@klgates.com

**From:** Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>
**Sent:** Thursday, March 07, 2024 9:20 AM
**To:** Ashley Pendleton <apendleton@ziliak.com>
**Cc:** Nicole Wing <nicole.wing@bodum.com>; James Griffith <jgriffith@ziliak.com>; Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>; Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>
**Subject:** RE: Bodum v. Starbucks - meet and confer regarding upcoming status report

That works great.  I'll send an invite.



**Kari Vander Stoep** | Partner
K&L Gates LLP
925 Fourth Avenue
Suite 2900
Seattle, WA  98104
Phone: 206-370-7804
Pronouns: she/her/hers
kari.vanderstoep@klgates.com
www.klgates.com

**From:** Ashley Pendleton <apendleton@ziliak.com>
**Sent:** Thursday, March 07, 2024 9:04 AM
**To:** Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>
**Cc:** Nicole Wing <nicole.wing@bodum.com>; James Griffith <jgriffith@ziliak.com>; Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>
**Subject:** Re: Bodum v. Starbucks - meet and confer regarding upcoming status report [KLG-USW_Active01.FID1518974]

Hi Kari,

We are available to speak Monday, March 11, 2024 at 2pm Pacific.  Does that still work for you?

Best Regards,

Ashley

On Wed, Mar 6, 2024 at 4:55 PM Vander Stoep, Kari L. <kari.vanderstoep@klgates.com> wrote:

> Hi Nicole, James, and Ashley –
>
>
> Do you have time in one of these windows for our meet and confer to hash out a joint status report and discovery deadline extension?
>
>
> Monday, March 11 – 1 to 3 pm Pacific

Tuesday, March 12 – 9 am to 3 pm Pacific

Thank you!

Kari

**Kari Vander Stoep** | Partner
K&L Gates LLP
925 Fourth Avenue
Suite 2900
Seattle, WA  98104

Phone: 206-370-7804

Pronouns: she/her/hers
kari.vanderstoep@klgates.com
www.klgates.com

**From:** Nicole Wing <nicole.wing@bodum.com>
**Sent:** Monday, March 04, 2024 1:22 PM
**To:** Vander Stoep, Kari L. <kari.vanderstoep@klgates.com>
**Cc:** James Griffith <jgriffith@ziliak.com>; Ashley Pendleton <apendleton@ziliak.com>; Gammell, Ashley E.M. <Ashley.Gammell@klgates.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Wahi, Pallavi Mehta <pallavi.wahi@klgates.com>
**Subject:** Re: Bodum v. Starbucks - meet and confer regarding upcoming status report [KLG-USW_Active01.FID1518974]

Hi all -

Any chance we can do early next week instead?

Thanks,

Nicole

4

On Mar 4, 2024, at 2:42 PM, Vander Stoep, Kari L. <kari.vanderstoep@klgates.com> wrote:

You don't often get email from kari.vanderstoep@klgates.com. Learn why this is important

Hi Nicole, James, and Ashley –

The parties must file a joint status report by March 15, which must address the discovery extension that the parties previewed in our prior status report (see attached).

Are you available during these windows for a meet and confer?

    Wednesday, March 6: 1 pm to 3 pm Pacific

    Friday, March 8: 10:30 am to 3 pm Pacific

Thanks so much!

Kari

**Kari Vander Stoep** | Partner
K&L Gates LLP
925 Fourth Avenue
Suite 2900
Seattle, WA 98104

Phone: 206-370-7804

Pronouns: she/her/hers
kari.vanderstoep@klgates.com
www.klgates.com

5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Kari.Vanderstoep@klgates.com.

<038 - 2024-01-02 - STATUS Report (Joint) by Bodum USA Inc. Pi-Design AG (Rigg Robert)_USW_Active01_507339365_1.PDF>

<041 - 2024-01-05 MINUTE entry before the Honorable Andrea R. Wood The Court has reviewed the parties_ joint status_USW_Active01_507346287_1.PDF>

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Kari.Vanderstoep@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Ashley.Gammell@klgates.com.