# Exhibit H

***Bodum USA, Inc. and PI-Design AG v. Starbucks Corporation***
**Northern District of Illinois**
**Case No. 23-cv-02946**

Custodian List for Bodum's RFPs 5 – 8 (please note that we may not have data for some of the Starbucks partners on this list who separated from Starbucks prior to Bodum filing this litigation):

Kathleen Albrecht
Kelly Bengston
Natalie Berger
Alice Chi Martin
Julie Felss
Phuong Hales
Lisa Harpster
Anthony Hesseltine
Mariela LaPosta
Cynthia Liu
Sharon Meehan
Betsy Murray
Hohan Nguyen
Christine Ohman
Laura Petschl
Erin Lynn Reed
Erin McCaffery Reed
Nicole Scoccolo
Amy Skewis
Reed Slinger
Sarah Taylor
Dulce Villalobos
Kate Ivy
Gretchen Kulesza
Destiny Linayao
Krystn Fuerst

Nichole Tilbury
Suzy Payne
Adrianna Petty
Ariana Knight
Kevin Samione
Daniel Joseph Bott
Jennifer Ropell
Renee Lipari Scholle
Kristi Dow
Shelley Di Girolamo
Drew Wilson
Jen Quotson
Kathryn King Young
Julie Eisen
Isaac Kern
Jan Yagi
Judy Embree
Ben Nelson
Ron Chew
Alyssa Cohen
Chang Miao
Damian Glick
Eboni Guiden
David Pulda
Teresa Acton Olding
Jennifer Netherda

Search Terms for Bodum's RFPs 5 & 6:

| Term |
|---|
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("AEROBIE INC" OR Aerobie) |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("AEROPRESS INC" OR Aeropress) |

| |
|---|
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("BENSUSSEN DEUTSCH AND ASSOCIATES LLC" OR BDA) |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("ESPRESSO SUPPLY INCORPORATED" OR "Espresso Supply") |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("ESPRO INC" OR Espro) |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("O2COOL LLC" OR O2) |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("Pacific Market International" OR PMI OR HAVI OR TMS OR GMS) |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("SEVENTH GENERATION INC" OR "Seventh Generation" OR bobble) |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("SHANGHAI GOODE GIFTS CO LTD" OR Goodgifts OR "Shanghai Goode Gifts" OR "Goode Gifts") |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("SHANGHAI STARBUCKS COFFEE ENTERPRISE CO LTD") |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("SHANGHAI XINWO TRADE CO LTD" OR "Shanghai Xinwo" OR "Xinwo Trade") |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("SOWDEN AT HOME LTD" OR Sowden) |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("TOM DIXON" OR "Design Research") |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("WALMAX TRADING INTERNATIONAL CORP" OR Walmax) |
| ((French OR coffee OR brew OR travel) w/5 Press) w/20 ("WOODMAX KY INDUSTRIES CORPORATION" OR Woodmax) |

Search Terms for Bodum's RFPs 7 & 8:

| Term |
|---|
| Bodum w/20 ("French press" OR "coffee maker") w/20 "Barista Thermo" |
| Bodum w/20 ("French press" OR "coffee maker") w/20 "Bean Deco" |

| |
|---|
| **Bodum w/20 ("French press" OR "coffee maker") w/20 (Design OR "Barista Thermo" OR Travel OR Deco OR Bean OR Chambord OR Vintage OR Heritage OR Java OR Crema OR Bistro OR Kenya OR Eileen OR Tribute OR Columbia OR Caffettiera OR Jesper)** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Bistro** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Caffettiera** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Chambord** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Columbia** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Crema** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Deco** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Design** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Eileen** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Heritage** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Java** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Jesper** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Kenya** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Travel** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Tribute** |
| **Bodum w/20 ("French press" OR "coffee maker") w/20 Vintage** |