# Exhibit J

# Neufeld, Courtney A.

| | |
|---|---|
| **From:** | Vander Stoep, Kari L. |
| **Sent:** | Sunday, August 18, 2024 11:54 AM |
| **To:** | jgriffith@ziliak.com; 'Ashley Pendleton'; 'Nicole Wing' |
| **Cc:** | Gammell, Ashley E.M.; Wahi, Pallavi Mehta; Smith, Brian J.; Vander Stoep, Kari L. |
| **Subject:** | Bodum v. Starbucks - Starbucks Seventh Document Production [KLG-USW_ACTIVE01.FID1518974] |

Hi James, Ashley, and Nicole –

==Starbucks Seventh and final Document Production is now ready for you to download:==

| UnitedLex | Production Delivery Notification |
|---|---|
| **Volume Name:** | SB_BODUM_007 |
| **Bates Range:** | SBUX0057864 - SBUX0102258 |
| **Record Count:** | 11,770 |
| **Native Count:** | 3,175 |
| **Page Count:** | 44,395 |
| **Redacted Count:** | 3716 |
| **Load Files:** | DAT, OPT |
| **Deliverable size:** | 6GB |
| **Link:** | https://unitedlex.sharefile.com/d-s66c3f6697e2b49558682f69947217496 |

Password will be shared separately.

Similar to Starbucks third, fourth, fifth, and sixth productions, this seventh production contains certain documents which Starbucks is producing in response to Bodum Requests No. 7 and No. 8. Note that after Starbucks objected to these Requests, the parties met and conferred. Starbucks agreed to conduct a reasonable search for and produce documents or communications (1) referencing a list of certain Bodum French press products identified by Bodum's counsel, and (2) between Bodum and Starbucks discussing other Bodum French press products. By producing these documents, Starbucks objects and does not concede that such documents or communications constitute "Bodum's product designs that have been identified to Starbucks as proposed designs" under Section 1 of the 2008 Settlement Agreement between Starbucks and Bodum.

On July 10, 2024, Starbucks served Supplemental Responses and Objections to Bodum's First Requests for Production memorializing the above objection.

Kari



**Kari Vander Stoep** | Partner
K&L Gates LLP
925 Fourth Avenue
Suite 2900
Seattle, WA  98104
Phone: 206-370-7804
Pronouns: she/her/hers
kari.vanderstoep@klgates.com
www.klgates.com