**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Bodum USA, Inc., et al.

                                        Plaintiff,

v.                                                      Case No.: 1:23–cv–02946
                                                        Honorable Andrea R. Wood

Starbucks Corporation

                                        Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2025:

          MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 2/27/2025. As discussed on the record, Plaintiffs' unopposed motion to withdraw motion to dismiss for lack of subject matter jurisdiction [78] is granted. Plaintiffs' motion to dismiss for lack of subject matter jurisdiction [76] is voluntarily withdrawn. The expert discovery schedule entered on 1/15/2025 [75] is vacated. By 3/13/2025, the parties shall file a joint status report setting forth: (1) the date for which the remaining deposition has been scheduled, and (2) a proposed schedule for the briefing of dispositive motions. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.