IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BODUM USA INC., and PI-DESIGN AG, <br><br> Plaintiffs, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br> Defendant. | No. 1:23-cv-02946 <br><br> Judge: Hon. Andrea R. Wood |

**AMENDED JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry dated February 27, 2025 (Dkt. No. 79), Plaintiffs Bodum USA Inc. and Pi-Design AG (collectively, "Bodum"), and Defendant Starbucks Corporation ("Starbucks") (collectively, the "Parties"), filed a Joint Status Report with the date for the deposition of former Starbucks CEO Howard Schultz and a proposed briefing schedule for Starbucks forthcoming Motion for Summary Judgment.

Mr. Schultz's schedule required the parties to reschedule his deposition. This Amended Joint Status Report includes the new date for Mr. Schultz's deposition and a revised proposed briefing schedule for Starbucks Motion for Summary Judgment.

A.  **Scheduling of Final Deposition**

On September 27, 2024, the Parties completed briefing on Starbucks Motion for Protective Order with respect to Bodum's subpoena for the deposition of former Starbucks CEO Howard Schultz (Dkt. Nos. 58, 63, 66). During the Parties' status conferences in January and February 2025, the Court stated that it anticipated denying the Motion for Protective Order but ordering limitations on the deposition of Mr. Schultz. The Parties respectfully request the Court's written

1

order and guidance regarding the aforementioned limitations so as to be able to proceed with the deposition of Mr. Schultz.

The Parties tentatively agree to hold a virtual deposition of Mr. Schultz on April 17, 2025, starting at 11:30 a.m. PDT, pending receipt of the Court's order on Starbucks Motion for Protective Order.

**B.     Proposed Schedule for Briefing of Dispositive Motions**

As stated during the status conference on February 27, 2025, Starbucks anticipates filing a dispositive motion on (i) liability with respect to Bodum's breach of contract claim, and (ii) Starbucks counterclaim for declaratory judgment. Bodum does not plan to file any dispositive motions on liability.

The Parties propose the following briefing schedule for Starbucks dispositive motion:

- May 9, 2025 – Starbucks Opening Brief (memorandum of law no more than 35 pages)
- June 6, 2025 – Bodum's Opposition Brief (memorandum of law no more than 35 pages)
- June 27, 2025 – Starbucks Reply Brief (memorandum of law no more than 20 pages)

**C.     Telephonic Status Hearing**

The Parties do not require a telephonic status hearing.

DATED: March 17, 2025

Respectfully Submitted,

| BODUM USA, INC.<br>PI-DESIGN AG | STARBUCKS CORPORATION |
|---|---|
| By:   */s/ James Griffith*<br>        One of Their Attorneys | By:   */s/ Brian J. Smith*<br>        One of Its Attorneys |

Ashley Pendleton (6328690)
James E. Griffith (6269854)
Ziliak Law LLC
141 W. Jackson Blvd., Ste 4048
Chicago, IL 60604
Tel: 312.462.3350
apendleton@ziliak.com
jgriffith@ziliak.com
docket@ziliak.com


Nicole Wing
BODUM USA, Inc.
General Counsel
 45 E. 20th Street
8th Floor
New York, NY 10003
Tel: 212.367.8844
nicole.wing@bodum.com

Brian Joseph Smith
K&L Gates, LLP
70 W. Madison Street
Chicago, IL 60602
(312) 807-4202
brian.j.smith@klgates.com

Pallavi Mehta Wahi
Kari L. Vander Stoep
Ashley E.M. Gammell
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Ste 2900
Seattle, WA 98104
206-370-8095
pallavi.wahi@klgates.com
kari.vanderstoep@klgates.com
ashley.gammell@klgates.com